UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., et al.,

                    Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                    Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 6, 2019, the Court issued an order resolving various discovery disputes and extending the fact discovery deadline to May 7, 2019. Dkt. 57. In light of the extension of the fact discovery deadline, the Court adjourns the case management conference currently scheduled for April 25, 2019, to June 6, 2019, at 2:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 15, 2019
       New York, New York