UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

                           Plaintiffs,

            v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, *in his official capacity as Mayor of the City of New York*, and POLLY TROTTENBERG, *in her official capacity as Commissioner of the New York City Department of Transportation*,

                           Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court will hold oral argument in this case on Friday, October 2, 2020, at 2:00 p.m., on the plaintiffs' pending motion for partial summary judgment as to liability. This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

                                                                                           PAUL A. ENGELMAYER  
                                                                                          United States District Judge

Dated: September 17, 2020  
        New York, New York