UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

  Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, *in his official capacity as Mayor of the City of New York*, and POLLY TROTTENBERG, *in her official capacity as Commissioner of the New York City Department of Transportation*,

  Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 2, 2020, the Court held argument in this case. At argument, the Court solicited the parties' views on the applicability, if any, of the statute of limitations to plaintiffs' claims regarding defendants' past alterations to traffic and crossing signals. To provide the parties with a full and fair opportunity to be heard on this issue, defendants are hereby directed to file a letter by Friday, October 9, 2020, not to exceed three pages, setting forth their views on the application of any statute of limitations to plaintiffs' alteration claims. Plaintiffs shall file a response, also not to exceed three pages, by Friday, October 16, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2020
       New York, New York