UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

                              Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, *in his official capacity as Mayor of the City of New York*, and POLLY TROTTENBERG, *in her official capacity as Commissioner of the New York City Department of Transportation*,

                              Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision granting in principal part plaintiffs' motion for summary judgment as to liability. The decision leaves in place those claims on which the Court did not grant summary judgment, including some on which the Court authorized plaintiffs to file a renewed motion for summary judgment as to liability.

The Court's intention is that this litigation move forward promptly towards completion, both in (1) determining the remedy for the violations that have been established; and (2) resolving plaintiffs' open claims. The Court directs counsel to meet and confer, and to submit to the Court, **by Friday, October 30, 2020**, a joint letter setting forth in detail the parties' views as to the next steps in, and future trajectory of, this case. The Court will then either issue an order setting a schedule going forward or, if further explication is necessary, convene a prompt conference with counsel.

2

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2020
       New York, New York