UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*, <br><br>                                      Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, *in his official capacity as Mayor of the City of New York*, and POLLY TROTTENBERG, *in her official capacity as Commissioner of the New York City Department of Transportation*, <br><br>                                      Defendants. | 18 Civ. 5792 (PAE) <br><br> OPINION & ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court hereby schedules a telephonic conference for Friday, January 15, 2021, at 2:00 p.m., to discuss the future course of this case.  The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers in advance of and during the conference.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: December 28, 2020
           New York, New York