**Proposed APS Implementation Plan FY22-FY51**

| Component | Contractor/In-House | FY 22 | FY 23 | FY 24 | FY 25 | FY 26 | FY 27 | FY 28 | FY 29 | FY 30 | FY 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New signals/SIPs | Contractor | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Community Requests (211 locations) | Contractor | 15 | 45 | 45 | 45 | 61 | 0 | 0 | 0 | 0 | 0 |
| EPP Retrofits (511 locations) | Contractor | 35 | 105 | 105 | 105 | 111 | 0 | 0 | 0 | 0 | 0 |
| EPP Retrofits (511 locations) | In-House | 10 | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 |
| Remediation of New signals from 2015-2019 (424 locations) | Contractor | 35 | 105 | 105 | 105 | 74 | 0 | 0 | 0 | 0 | 0 |
| LPI Retrofits | Contractor | 25 | 80 | 80 | 80 | 89 | 125 | 125 | 125 | 125 | 125 |
| LPI Retrofits | In-House | 15 | 15 | 15 | 15 | 15 | 25 | 25 | 25 | 25 | 25 |
| Neighborhood Zones, SIPs, New Community Requests, Ranked Intersections | Contractor | 40 | 40 | 40 | 40 | 40 | 250 | 250 | 250 | 250 | 250 |
| Subtotal Contractor Installations | | 250 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |
| Subtotal In-House Installations | | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| **Total** | | **275** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** |
| Approx. # APS at end of FY | | 1,024 | 1,524 | 2,024 | 2,524 | 3,024 | 3,524 | 4,024 | 4,524 | 5,024 | 5,524 |
| Approx. # of Signalized Intersections[1] | | 13,520 | 13,610 | 13,700 | 13,790 | 13,880 | 13,970 | 14,060 | 14,150 | 14,240 | 14,330 |

[1] 90 New Signals/year are projected in FY22-FY35 and 50 New Signals/year are projected FY36-FY51

| FY 32 | FY 33 | FY 34 | FY 35 | FY 36 | FY 37 | FY 38 | FY 39 | FY 40 | FY 41 | FY 42 | FY 43 | FY 44 | FY 45 | FY 46 | FY 47 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |
| 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** |
| 6,024 | 6,524 | 7,024 | 7,524 | 8,024 | 8,524 | 9,024 | 9,524 | 10,024 | 10,524 | 11,024 | 11,524 | 12,024 | 12,524 | 13,024 | 13,524 |
| 14,420 | 14,510 | 14,600 | 14,690 | 14,740 | 14,790 | 14,840 | 14,890 | 14,940 | 14,990 | 15,040 | 15,090 | 15,140 | 15,190 | 15,240 | 15,290 |

| FY 48 | FY 49 | FY 50 | FY 51 |
|---|---|---|---|
| 100 | 100 | 100 | 100 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 125 | 125 | 125 | 125 |
| 25 | 25 | 25 | 25 |
| 250 | 250 | 250 | 250 |
| 475 | 475 | 475 | 475 |
| 25 | 25 | 25 | 25 |
| **500** | **500** | **500** | **500** |
| 14,024 | 14,524 | 15,024 | 15,524 |
| 15,340 | 15,390 | 15,440 | 15,490 |