

# Manhattan
Case 1:18-cv-05792-PAE   Document 153-2   Filed 05/07/21   Page 1 of 5

**People with Vision Disability/Square Mile Per Census Tract**
2015 - 2019 American Community Survey

Legend:
- Under 1,000
- 1001 - 2000
- 2001 - 4000
- 4001 - 6000
- Over 6,000
- Park
- Zip Codes
- ● APS Request
- ● Vision Facilities

0   0.5   1   2 Miles







N
11356
11357
11360
11102
11105
11363
11354
11370
11369
11106
11103
11361
11358
11362
11005
11372
11355
11368
11109
11101
11104
11364
11004
11040
11377
11373
11365
11426
11001
11367
11427
11374
11366
11378
11428
11379
11375
11432
11423
11429
11415
11385
11435
11433
11412
11418
11411
11421
11419
11416
11417
11436
11434
11420
11413
11414
11422
11430
11693
11096
11691
11692
11694
11697
Queens
People with Vision Disability/Square Mile
Per Census Tract
2015 - 2019 American Community Survey
Under 1,000
1001 - 2000
2001 - 4000
4001 - 6000
Over 6,000
Park
Zip Codes
APS Request
Vision Facilities
0
0.75
1.5
3 Miles

Bronx — People with Vision Disability/SquareMile Per Census Tract. 2015 - 2019 American Community Survey.



