UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, on behalf of themselves and all others similarly situated,

                              Plaintiffs,

-v-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, in his official capacity as Mayor of the City of New York, and POLLY TROTTENBERG, in her official capacity as Commissioner of the New York City Department of Transportation,

                              Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 27, 2021, the Court held a telephonic conference to discuss next steps in this case. *See* Dkt. 164. At the conference, plaintiffs stated that they have retained as an expert Rev. Eugene A. Bourquin, to succeed their late expert, Ms. Janet Barlow. *See* Dkt. 163. The Court set the following schedule.

- By September 10, 2021, Rev. Bourquin will submit a declaration setting out his pertinent qualifications and adopting, likely in whole but possibly with modest modifications, Ms. Barlow's submissions on plaintiffs' proposed remedial plan, *see* Dkt. 143 ("Barlow Report"); *see also* Dkt 156 (declaration of Ms. Barlow in opposition to defendants' proposed remedial plan and in further support of plaintiffs' proposed remedial plan).

- By September 30, 2021, the defendants will depose Rev. Bourquin.

- An evidentiary hearing will be set for two days, in October 2021, on dates convenient to the parties, including the Government, and their witnesses. The Court's law clerk will reach out to counsel next week to identify available dates. If the parties conclude that the hearing is likely to exceed two days, they will so inform the Court by September 1, 2021.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 27, 2021
       New York, New York