UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, on behalf of themselves and all others similarly situated,

                              Plaintiffs,

-v-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, BILL DE BLASIO, in his official capacity as Mayor of the City of New York, and POLLY TROTTENBERG, in her official capacity as Commissioner of the New York City Department of Transportation,

                              Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 27, 2021, following a conference with counsel, the Court issued an order stating that it would schedule the evidentiary hearing as to potential remedial plans after ascertaining counsels' availability. *See* Dkt. 165.

The Court schedules the hearing for **Monday, October 25, and Friday, October 29, 2021** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The hearings will begin at 9 a.m. and last a full day. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain entry to the courthouse for the conference.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: September 1, 2021
       New York, New York