**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 28, 2021

By ECF
Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Am. Council of the Blind v. City of New York*, No. 18 Civ. 5792 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

    This Office writes on behalf of the United States of America to respectfully request a two-week extension of time, from September 30, 2021 to October 14, 2021, to file supplemental papers requested by the Court regarding the financing, structure, and content of a potential remedy in this matter. This Office requires this extension of time to continue consulting with subject-matter experts within the Department of Justice and other federal agencies with expertise in this area, which will facilitate a complete and accurate submission to the Court.

    Counsel for plaintiffs consent to this request. Counsel for defendants also consent, subject to the caveat that they do not wish to prejudice their right to request an adjournment of the upcoming hearing to respond to the United States' submissions, should defendants determine that a response is necessary.

    We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:    /s/ Zachary Bannon
ZACHARY BANNON
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:    212-637-2728
Facsimile:    212-637-2717
E-mail:    Zachary.Bannon@usdoj.gov

Granted. The United States of America's submissions will be due on October 14, 2021. The Court has not authorized replies to the Government's submissions and will not grant an adjournment of the hearing, which the Court regards as time-sensitive.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
9/28/21