

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PAMELA A. KOPLIK**<br>Senior Counsel<br>Administrative Law Division<br>phone: 212-356-2187<br>fax: 212-356-2019<br>e-mail: pkoplik@law.nyc.gov |

October 7, 2021

**BY ECF FILING**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re: American Council of the Blind of New York, Inc. et al. v. City of New York et al. (18 CV 05792)(PAE)(BM)

Honorable Judge Engelmayer:

  This office represents the Defendants in the above-entitled action. I write to request that the start time of the hearing scheduled for Monday, October 25, and Friday, October 29, 2021 (Dkt. 166) be changed from 9 a.m. to 9:30 a.m. I have early-morning family obligations and a long commute into Manhattan that make a 9 a.m. start time extremely difficult. Plaintiffs' counsel consents to this request.

  Thank you for your consideration.

                Respectfully,

                /s/

                Pamela A. Koplik

Granted. The hearing will begin promptly at 9:30 a.m. on both days. SO ORDERED.

                */s/ Paul A. Engelmayer*
                _____
                PAUL A. ENGELMAYER
                United States District Judge
                10/7/21