UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW
YORK, INC., MICHAEL GOLFO, and CHRISTINA
CURRY, on behalf of themselves and all others similarly
situated,

          Plaintiffs,

      -v-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, BILL DE
BLASIO, in his official capacity as Mayor of the City of
New York, and POLLY TROTTENBERG, in her official
capacity as Commissioner of the New York City
Department of Transportation,

          Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 3, 2021, the Court directed counsel in this case, by August 13, 2021, to
propose a suitable design for an evidentiary hearing as to potential remedial plans. Dkt. 162. On
August 27, 2021, the Court held a telephonic conference to discuss the next steps in this case,
and on September 1, 2021, scheduled the hearing for October 25 and October 29, 2021, Dkt. 166.

To assist the Court in its preparation, the Court requests that counsel confer and submit,
by Friday, October 15, 2021, a joint letter previewing in helpful detail the upcoming hearing. In
addition to setting out the sequence of witness examinations following opening statements, the
Court would benefit from an overview of the anticipated areas as to which each witness will
testify. In the event that counsel envision introducing exhibits beyond those filed alongside
counsels' prior submissions as to remedial plans, the Court requests that each side submit two
binders containing such exhibits.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: October 8, 2021
        New York, New York