

**California Office**
2001 Center Street, 4th Floor
Berkeley, CA 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
www.dralegal.org

**New York Office**
655 Third Avenue, 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Fax: (212) 644-8636
www.dralegal.org

January 5, 2022

Via ECF

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

       Re: <u>American Council of the Blind of New York, Inc., et al. v. City of New York, et al.</u>, (18-CV-05792)(PAE)(BM)

Honorable Judge Engelmayer:

    Our office represents Plaintiffs in the above-captioned matter. We write to request an extension of the deadline for Plaintiffs to move for attorneys' fees and costs in this matter. While Your Honor's December 27, 2021 Opinion & Order was not entered as a judgment, it may be "a decree and any order from which an appeal lies," Federal Rule of Civil Procedure 54(a), triggering the 14-day deadline pursuant to subsection (d)(2)(B) to move for attorneys' fees, which would be January 10, 2022.

    Given that Your Honor has asked the Parties to prepare and submit a joint proposed remedial order by February 10, 2022, Plaintiffs believe it would be more efficient to delay any attorneys' fees and costs submissions until after the negotiation and submission of that joint proposed remedial order, rather than prepare and submit separate submissions for fees accrued up to, and then after, the Court's December 27, 2021 Opinion & Order.

    For the avoidance of doubt and preservation of our rights to move for such fees and costs, Plaintiffs propose a deadline of 14 days after the entry of a remedial order by this Court. Defendants consent to this request.

    Thank you for your time and consideration.

Sincerely,

*/s/ Torie Atkinson*

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
1/6/22