UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

                      Plaintiffs,

-v-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS, *in his official capacity as Mayor of the City of New York*, and YDANIS RODRIGUEZ, *in his official capacity as Commissioner of the New York City Department of Transportation*,

                      Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court and its staff met today with Andrew Schilling, Esq., whom the parties have jointly recommended to serve as the monitor in this case. The Court was highly impressed by Mr. Schilling's qualifications, commitment, and enthusiasm for taking on this important responsibility. The Court approves his appointment as monitor. Mr. Schilling is authorized immdiately to begin work on this matter, including familiarizing himself with the record. The Court understands from Mr. Schilling that there are no grounds for his disqualification and that he will file an affidavit on the docket of this case to this effect shortly after filing a notice of appearance. The Court expects to issue its remedial order shortly after receiving the parties' proposed revisions to that order, consistent with the modifications the Court directed be made in its order of February 25, 2022. Dkt. 201. That order, which will be entered following Mr.

Schilling's affidavit attesting to the absence of any ground for disqualification, will formally appoint him as monitor.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 3, 2022
      New York, New York