UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v-

THE CITY OF NEW YORK, THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS, *in his official capacity as Mayor of the City of New York*, and YDANIS RODRIGUEZ, *in his official capacity as Commissioner of the New York City Department of Transportation*,

Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for attorneys' fees and costs from plaintiffs. Dkt. 218.

Defendants are directed to respond to this motion by June 30, 2022.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 9, 2022
New York, New York