UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF THE BLIND OF
NEW YORK, INC., MICHAEL GOLFO on
behalf of themselves and all others similarly
situated,

            Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK
CITY DEPARTMENT OF
TRANSPORTATION, ERIC ADAMS, in his
official capacity as Mayor of the City of New
York, and YDANIS RODRIGUEZ, in his
official capacity as Commissioner of the New
York City Department of Transportation;

            Defendants.

No. 18-CV-5792 (PAE)

**ORDER FOR ADMISSION
PRO HAC VICE**

    The motion of Rachel M. Weisberg, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

        Applicant's Name: Rachel M. Weisberg

        Firm Name: Disability Rights Advocates

        Address: 300 South Wacker Drive, Floor 32

        City/State/Zip: Chicago, IL 60606-6680

        Telephone/Fax: (332) 217-2319

        E-mail: rweisberg@dralegal.org

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/13/24

*Paul A. Engelmayer*
United States District Judge