UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., *et al.*,

                       Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                       Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court thanks the parties for their briefs in response to the Independent Monitor's report and recommendations. Dkts. 274–75. The Court is inclined to adopt the Monitor's recommendations. Before reaching a final determination, however, the Court wishes to address these at an in-person conference with counsel and Deputy Commissioner Benson. The Court accordingly schedules a conference for this purpose for May 15, 2024 at 9:30 a.m., to be held in Courtroom 1305, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Court's staff has ascertained through email correspondence that the above personnel are available at this time.

       SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: May 10, 2024
            New York, New York