UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., MICHAEL GOLFO, and CHRISTINA CURRY, *on behalf of themselves and all others similarly situated*,

          *Plaintiffs*,

v.

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS, *in his official capacity as Mayor of the City of New York*, and YDANIS RODRIGUEZ, *in his official capacity as Commissioner of the New York City Department of Transportation*,

          *Defendants*.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court thanks the parties for this morning's helpful and productive conference. By separate order, the Court will amend the Remedial Order to adopt, in large part, the recommendations of the Independent Monitor in his second annual report. Absent objection from the parties by May 22, 2024, the Court will consolidate the various amendments made to the Remedial Order into one document for ease of access and reference. The Court directs the Independent Monitor to submit a report, by September 30, 2024, updating the Court on the City's progress as to implementation of a compliance program.

      SO ORDERED.

                                             *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: May 15, 2024
       New York, New York