UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF
NEW YORK, INC., *et al.*,

                                      Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                                      Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In his report filed on September 30, 2024, the Independent Monitor provided an update on the City's progress in implementing a compliance program. *See* Dkt. 292. In substance, the Monitor reported that the City had taken significant steps to enhance its APS compliance efforts, while noting some omissions and deficiencies in the City's progress to date.

The Court apologizes for not earlier issuing this order in response. The Court's judgment is not to act now on the areas as to which the Monitor has identified as requiring further action. The Court's hope and expectation instead is that, apprised of the Monitor's concerns, the City has made and will continue to make progress in these areas. The Court will await the Monitor's forthcoming Third Annual Report, which it expects will provide follow up on these areas. Per its annual practice, the Court will then arrange a conference to take up with counsel and the parties issues raised by the annual report.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 16, 2025
       New York, New York