UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., AND MICHAEL GOLFO, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>-against-<br><br>THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, ERIC ADAMS, in his official capacity as Mayor of the City of New York, and YDANIS RODRIQUEZ, in his official capacity as Commissioner of the New York City Department of Transportation.<br><br>     Defendants. | No. 18-CV-5792 (PAE)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that I, Madeleine Reichman of Disability Rights Advocates, hereby appear as counsel in this matter for Plaintiffs, and request to receive notice of all docket events via the Electronic Case Filing system.

  I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated:  June 2, 2025<br>   New York, New York | Respectfully submitted,<br><br>DISABILITY RIGHTS ADVOCATES<br><br><br>*/s/ Madeleine Reichman*  _____<br>Madeleine Reichman<br>(Attorney Registration No. 5602172)<br>DISABILITY RIGHTS ADVOCATES<br>655 Third Avenue, Suite 2619<br>New York, NY 10017<br>Tel:  (332) 217-2318<br>*Attorney for Plaintiffs*<br>mreichman@dralegal.org |

804251.2