

**Andrew W. Schilling**
810 Seventh Avenue
Suite 305
New York, NY 10019
(212) 551-7881
ASchilling@schillinglaw.com

January 13, 2026

**By ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *American Council of the Blind of New York, Inc. et al. v. City of New York et al.*,
                18 Civ. 05792 (PAE)

Dear Judge Engelmayer:

      In accordance with Paragraph 36 of the Remedial Order entered in this action on March 18, 2022 (ECF No. 208), I write to respectfully submit to the Court the Independent Monitor's "detailed budgetary estimate" of anticipated fees and expenses for calendar year 2026. For the reasons set forth below, I respectfully request that the Court approve the Independent Monitor's proposed budget.

      Last year at this time, we submitted a proposed budget for calendar year 2025 fees and expenses of **$400,000.00** (ECF No. 296). At the time, we predicted that our anticipated fees for 2025 would exceed the actual fees for 2024 for several reasons, including our expectation that we would need to expend additional resources in 2025 on evaluating the City's compliance program and on conducting on-site compliance inspections. *Id.* The City did not object to that budget.

      We are pleased to report that, in 2025, our actual fees and expenses once again came in below budget. Specifically, as shown in **Exhibit A**, actual fees and expenses in 2025 were **$303,520.20**, or about 24% below budget.

      For calendar year 2026, we are proposing fees and expenses of **$360,000.00**. Although this amount is lower than prior years (and would be the lowest proposed budget of our tenure as Independent Monitor), we are comfortable with a budget at this level because we now have three full calendar years of actual expense data on which to base our estimate. Notably, we have not exceeded our proposed budget in any year. In calendar years 2023, 2024, and 2025, we used 51%, 91%, and 76% of our proposed budgets, respectively. In no year to date have our fees and expenses exceeded our current proposed budget of $360,000.00, with 2024 coming closest, with actual fees and expenses of $347,917.00. We also feel comfortable lowering our budget because the Department of Transportation (DOT) is building out its own compliance program, which if

Hon. Paul A. Engelmayer
January 13, 2026
Page 2

effectively implemented should provide our office with more data and information for analyzing the City's compliance. While we anticipate additional work in 2026 as DOT refines and implements its new compliance program, we believe our proposed budget builds in enough room for those additional projects.

I believe that our proposed budget for 2026 should be "sufficient to allow the Independent Monitor to fulfill their duties pursuant to this Order in a reasonable and efficient manner." Remedial Order ¶ 36. Please also note that, as with our previous estimates, this budgetary estimate does not include any amount for the engagement of any consultants or experts. Should the engagement of such professionals become necessary next year, that would be the subject of discussions with the City and a separate application.

I therefore respectfully request that the Court approve the Independent Monitor's proposed budget for calendar year 2026. Pursuant to Paragraph 36 of the Remedial Order, Defendants may submit any objection to this proposed budget within two weeks of this submission.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Andrew W. Schilling
Independent Monitor

cc:   All Counsel of Record
      By ECF


The Court has reviewed the independent monitor's proposed budgetary estimate, which is characteristically thoughtful and responsible. Defendants have not objected. The Court thanks Mr. Schilling and approves the budgetary estimate for calendar year 2026.

SO ORDERED.

Date: February 2, 2026
      New York, New York

PAUL A. ENGELMAYER
United States District Judge

# EXHIBIT A

*American Council of the Blind of New York, Inc. et al. v. City of New York et al.*
18 Civ. 05792 (PAE)

**Calendar Year 2026 Budget Submission**

| 2025 Actual Fees | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Jan. – Feb.** | **Mar. – Apr.** | **May – June** | **July – Aug.** |
| Independent Monitor | $60,075.00 | $5,025.00 | $20,625.00 | $17,250.00 |
| Monitorship Staff | $76,383.00 | $13,320.00 | $17,136.00 | $18,760.50 |
| Expenses | $0.00 | $0.00 | $443.70 | $0.00 |
| **Total Fees** | **$136,458.00** | **$18,345.00** | **$38,204.70** | **$36,010.50** |
| **Timekeeper** | **Sept. – Oct.** | **Nov. – Dec.** | **Total** | |
| Independent Monitor | $8,400.00 | $27,150.00 | $138,525.00 | |
| Monitorship Staff | $12,288.00 | $26,664.00 | $164,551.50 | |
| Expenses | $0.00 | $0.00 | $443.70 | |
| **Total Fees** | **$20,688.00** | **$53,814.00** | **$303,520.20** | |

| 2026 Budgeted Hours | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Jan. – Feb.** | **Mar. – Apr.** | **May – June** | **July – Aug.** |
| Independent Monitor | 76.00 | 18.00 | 18.00 | 30.00 |
| Monitorship Staff | 308.00 | 91.00 | 91.00 | 132.00 |
| **Total Hours** | **384.00** | **109.00** | **109.00** | **162.00** |
| **Timekeeper** | **Sept. – Oct.** | **Nov. – Dec.** | **Total** | |
| Independent Monitor | 18.00 | 30.00 | 190.00 | |
| Monitorship Staff | 96.00 | 116.00 | 834.00 | |
| **Total Hours** | **114.00** | **146.00** | **1,024.00** | |

| 2026 Budgeted Fees | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Jan. – Feb.** | **Mar. – Apr.** | **May – June** | **July – Aug.** |
| Independent Monitor | $57,000.00 | $13,500.00 | $13,500.00 | $22,500.00 |
| Monitorship Staff | $81,400.00 | $23,400.00 | $23,400.00 | $34,800.00 |
| Expenses | — | — | $500.00 | — |
| **Total Fees** | **$138,400.00** | **$36,900.00** | **$37,400.00** | **$57,300.00** |
| **Timekeeper** | **Sept. – Oct.** | **Nov. – Dec.** | **Total** | |
| Independent Monitor | $13,500.00 | $22,500.00 | $142,500.00 | |
| Monitorship Staff | $24,600.00 | $29,400.00 | $217,000.00 | |
| Expenses | — | — | $500.00 | |
| **Total Fees** | **$38,100.00** | **$51,900.00** | **$360,000.00** | |