

**Andrew W. Schilling**
810 Seventh Avenue
Suite 305
New York, NY  10019
(212) 551-7881
ASchilling@schillinglaw.com

March 2, 2026

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *American Council of the Blind of New York  Inc. et al.
                  v. City of New York et al.,* 18 Civ. 05792 (PAE)

Dear Judge Engelmayer:

      In accordance with Paragraph 1 of the Order Regarding Monitor Payment and Compensation (the "Monitor Compensation Order") entered April 20, 2022 (ECF No. 212), I respectfully submit the attached itemized statement of fees and expenses incurred by the Independent Monitor in connection with the Remedial Order.  The attached statement covers the period from **January 1, 2026, through February 28, 2026.**

      The Monitor Compensation Order does not require the Court to take any formal action at this time. In accordance with Paragraph 3 of the Monitor Compensation Order, if the City objects to the statement, its objection must be submitted to the Independent Monitor and plaintiffs within two weeks of today's submission.  If the City timely objects and the City and the Independent Monitor are thereafter unable to resolve the City's objection, I will notify the Court at that time.  I thank the Court for its consideration of this submission.

                                             Respectfully submitted,

                                             Andrew W. Schilling
                                             Independent Monitor

cc:    All Counsel of Record
        By ECF



810 Seventh Avenue, Suite 305
New York, NY 10019
212-551-7880
aschilling@schillinglaw.com

Invoice # 587
Date: 03/02/2026

United States District Court (SDNY)
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

## 00005-APS Monitorship

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 01/05/2026 | Nina Williams | Draft, revise, and finalize letter to Court at request of A. Schilling. | 0.60 | $240.00 | $144.00 |
| 01/05/2026 | Benjamin Connor | Review contractor dispute at request of A. Schilling; revise inspection report. | 0.70 | $240.00 | $168.00 |
| 01/06/2026 | Benjamin Connor | Draft and revise inspection reports; begin memorandum on contractor lawsuit. | 3.00 | $240.00 | $720.00 |
| 01/06/2026 | Nina Williams | Review and implement A. Schilling edits to formal inspection reports. | 1.50 | $240.00 | $360.00 |
| 01/07/2026 | Benjamin Connor | Revise and finalize draft of memorandum regarding APS contractor lawsuit and delay of work order releases; develop chronology of contractor dispute. | 6.10 | $240.00 | $1,464.00 |
| 01/07/2026 | Nina Williams | Proofread and edit B. Connor memorandum regarding contractor dispute; conduct analysis on next year's budget at request of A. Schilling. | 4.80 | $240.00 | $1,152.00 |
| 01/08/2026 | Benjamin Connor | Finalize contractor chronology; continue analysis of November City data; prepare analysis for shift to 2026. | 3.70 | $240.00 | $888.00 |
| 01/08/2026 | Nina Williams | Begin drafting fees and expenses section of annual report. | 0.60 | $240.00 | $144.00 |
| 01/09/2026 | Benjamin Connor | Continue updating analysis in preparation for 2026 data. | 2.60 | $240.00 | $624.00 |
| 01/12/2026 | Benjamin Connor | Continue updating analysis in preparation for 2026 data at request of A. Schilling; compile information regarding intersections to be inspected for A. Schilling. | 2.20 | $240.00 | $528.00 |
| 01/12/2026 | Emily Edwards | Review/analyze contractor dispute lawsuit for annual report. | 1.80 | $400.00 | $720.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/13/2026 | Benjamin Connor | Review further documents related to contractor lawsuit; continue to prepare analysis for 2026 data; draft insert for annual report. | 3.00 | $240.00 | $720.00 |
| 01/13/2026 | Nina Williams | Continue working on insert for fourth annual report. | 0.90 | $240.00 | $216.00 |
| 01/14/2026 | Nina Williams | Update annual report statistics; draft report inserts at request of A. Schilling. | 3.70 | $240.00 | $888.00 |
| 01/14/2026 | Andrew Schilling | Review court decision on contractor motion. | 0.20 | $750.00 | $150.00 |
| 01/15/2026 | Benjamin Connor | Begin analysis of December City data. | 1.30 | $240.00 | $312.00 |
| 01/20/2026 | Andrew Schilling | Review and analyze monthly data analysis. | 1.00 | $750.00 | $750.00 |
| 01/21/2026 | Nina Williams | Meet and confer with A. Schilling and B. Connor to discuss latest data analysis; review outline of annual report and assign action items. | 1.80 | $240.00 | $432.00 |
| 01/21/2026 | Benjamin Connor | Discuss plan for annual report with A. Schilling and N. Williams. | 1.50 | $240.00 | $360.00 |
| 01/21/2026 | Andrew Schilling | Meeting with N. Williams and B. Connor to discuss annual report preparation and needed analysis. | 1.50 | $750.00 | $1,125.00 |
| 01/22/2026 | Nina Williams | Begin working on writeups and action items from meeting with A. Schilling and B. Connor. | 1.60 | $240.00 | $384.00 |
| 01/22/2026 | Andrew Schilling | On-site inspections of 2025 APS installations (Bronx and Queens, random selection). | 6.00 | $750.00 | $4,500.00 |
| 01/22/2026 | Andrew Schilling | Draft up notes from inspections for inspection reports. | 1.20 | $750.00 | $900.00 |
| 01/23/2026 | Nina Williams | Draft inspection reports for randomly selected intersections in the Bronx and Queens at request of A. Schilling. | 2.20 | $240.00 | $528.00 |
| 01/23/2026 | Andrew Schilling | Continue drafting notes from Bronx, Queens inspections. | 0.80 | $750.00 | $600.00 |
| 01/26/2026 | Nina Williams | Review and compile City materials for randomly selected intersections for inspection; continue working on fourth annual report and document random inspection progress at request of A. Schilling. | 2.10 | $240.00 | $504.00 |
| 01/26/2026 | Benjamin Connor | Create inspection templates; create folders of intersection information for annual report analysis. | 3.90 | $240.00 | $936.00 |
| 01/26/2026 | Andrew Schilling | Draft inspection reports; review MUTCD and draft request for information to NYC; coordinate annual report drafting and analysis. | 3.50 | $750.00 | $2,625.00 |
| 01/27/2026 | Nina Williams | Confer with B. Connor regarding annual report action items; continue drafting inserts for annual | 2.40 | $240.00 | $576.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | report at request of A. Schilling. | | | |
| 01/27/2026 | Benjamin Connor | Select new intersections for inspection; create master compliance report data set. | 3.70 | $240.00 | $888.00 |
| 01/28/2026 | Benjamin Connor | Analyze city data for December; begin work on annual report. | 4.10 | $240.00 | $984.00 |
| 01/28/2026 | Nina Williams | Continue working on compliance program chronology. | 0.80 | $240.00 | $192.00 |
| 01/28/2026 | Andrew Schilling | Confer internally in installation data errors; email NYC; discuss random inspections. | 0.70 | $750.00 | $525.00 |
| 01/29/2026 | Benjamin Connor | Create inspection materials and assemble data on inspected intersections at request of A. Schilling; continue to update analysis of December data. | 2.90 | $240.00 | $696.00 |
| 01/29/2026 | Nina Williams | Confer with B. Connor regarding data discrepancies; continue editing inserts for annual report. | 0.40 | $240.00 | $96.00 |
| 01/29/2026 | Andrew Schilling | Review and select intersections for inspection. | 0.20 | $750.00 | $150.00 |
| 01/30/2026 | Nina Williams | Begin reviewing City's semi-annual report. | 0.60 | $240.00 | $144.00 |
| 01/30/2026 | Benjamin Connor | Begin review of City's report; compile City's data for review by A. Schilling. | 2.50 | $240.00 | $600.00 |
| 01/31/2026 | Andrew Schilling | On-site APS inspection (Staten Island, random selection). | 0.50 | $750.00 | $375.00 |
| 01/31/2026 | Andrew Schilling | Draft inspection report findings. | 0.50 | $750.00 | $375.00 |
| 02/01/2026 | Andrew Schilling | On-site APS inspection (Staten Island, random selection). | 0.50 | $750.00 | $375.00 |
| 02/01/2026 | Andrew Schilling | Draft inspection notes; analyze compliance issues. | 0.50 | $750.00 | $375.00 |
| 02/02/2026 | Benjamin Connor | Creating formal inspection templates. | 0.80 | $240.00 | $192.00 |
| 02/02/2026 | Nina Williams | Review inspection report. | 0.20 | $240.00 | $48.00 |
| 02/02/2026 | Andrew Schilling | Review semi-annual report and exhibits; draft directions to team for additional analysis in light of report. | 1.40 | $750.00 | $1,050.00 |
| 02/03/2026 | Benjamin Connor | Begin review of City's semi-annual report. | 1.10 | $240.00 | $264.00 |
| 02/03/2026 | Nina Williams | Continue reviewing City's semi-annual report; update task list for fourth annual report. | 1.10 | $240.00 | $264.00 |
| 02/04/2026 | Nina Williams | Meet and confer with B. Connor and A. Schilling on fourth annual report; continue working on data analysis of City's semi-annual report. | 1.60 | $240.00 | $384.00 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 02/04/2026 | Benjamin Connor | Discuss plan to create final report with N. Williams and A. Schilling; continue to work on the annual report. | 4.50 | $240.00 | $1,080.00 |
| 02/04/2026 | Andrew Schilling | Confer with N. Williams and B. Connor on analysis for annual report; analyze installation trends and projections. | 1.60 | $750.00 | $1,200.00 |
| 02/05/2026 | Nina Williams | Confer with B. Connor regarding data discrepancies; continue working on action items for annual report. | 0.50 | $240.00 | $120.00 |
| 02/05/2026 | Benjamin Connor | Create formal inspection reports; work on annual report; collect data on contract significance at request of A. Schilling; look into issue with in person inspection. | 2.50 | $240.00 | $600.00 |
| 02/05/2026 | Emily Edwards | Draft revise summary of contractor dispute for annual report. | 0.60 | $400.00 | $240.00 |
| 02/05/2026 | Andrew Schilling | Draft sections of annual report; confer internally regarding data analysis. | 4.20 | $750.00 | $3,150.00 |
| 02/06/2026 | Nina Williams | Revise inserts following receipt of A. Schilling edits; begin creating master task tracker for annual report. | 1.50 | $240.00 | $360.00 |
| 02/09/2026 | Benjamin Connor | Create and revise formal inspection reports; review contractor lawsuit documents; discuss approach to annual report with A. Schilling and N. Williams; work on annual report. | 4.60 | $240.00 | $1,104.00 |
| 02/09/2026 | Nina Williams | Review and proofread all final inspection reports at request of A. Schilling; continue working on annual report graphs and charts. | 3.50 | $240.00 | $840.00 |
| 02/09/2026 | Andrew Schilling | Draft sections of annual report; multiple internal conferences on on-going analysis. | 2.90 | $750.00 | $2,175.00 |
| 02/10/2026 | Nina Williams | Confer with A. Schilling and B. Connor regarding annual report progress; update and finalize task tracker of pending items. | 1.50 | $240.00 | $360.00 |
| 02/10/2026 | Benjamin Connor | Continue work on annual report. | 1.30 | $240.00 | $312.00 |
| 02/11/2026 | Nina Williams | Finalize revisions to formal inspection reports; draft insert of annual report regarding volumes; proofread and revise B. Connor memorandum. | 4.40 | $240.00 | $1,056.00 |
| 02/11/2026 | Benjamin Connor | Discuss annual report division with A. Schilling and N. Williams; work on annual report; finalize memorandum on contractor lawsuit; project installation rate for 2026. | 5.60 | $240.00 | $1,344.00 |
| 02/11/2026 | Sivani Srinivasan | Update APS Inbox tracking spreadsheet; update buck slip tracking; compile calls and repairs information; compile data regarding formally inspected intersections. | 5.80 | $195.00 | $1,131.00 |

| 02/11/2026 | Andrew Schilling | Draft and review sections of annual report; confer internally on action items. | 1.10 | $750.00 | $825.00 |
| 02/12/2026 | Benjamin Connor | Continue work on report; create memorandum on the impact of contractor lawsuit and New Signal/ Traffic Safety contract. | 6.30 | $240.00 | $1,512.00 |
| 02/12/2026 | Nina Williams | Work on compliance and SOPs topic binder; continue drafting sections of annual report; confer with B. Connor and S. Srinivasan on data processing and analysis. | 3.80 | $240.00 | $912.00 |
| 02/12/2026 | Sivani Srinivasan | Compile and analyze ARTS data; continue to compile and analyze data for formally inspected intersections; analyze 2025 compliance data. | 6.70 | $195.00 | $1,306.50 |
| 02/12/2026 | Andrew Schilling | Review analysis of installation trends and discuss additional analysis with B. Connor; confer with N. Williams on annual report documents. | 1.30 | $750.00 | $975.00 |
| 02/13/2026 | Benjamin Connor | Finalize memorandum on contractor slowdown; work on annual report; discuss findings with A. Schilling. | 6.70 | $240.00 | $1,608.00 |
| 02/13/2026 | Nina Williams | Draft insert on 2026 projections and contractor lawsuit; review and revise charts and graphs. | 4.10 | $240.00 | $984.00 |
| 02/13/2026 | Andrew Schilling | Review analysis of installation trends and shortfall issues; review compliance reports for intersections subject to inspections; draft request for information to NYC. | 2.50 | $750.00 | $1,875.00 |
| 02/14/2026 | Andrew Schilling | Draft and revise annual report. | 3.50 | $750.00 | $2,625.00 |
| 02/15/2026 | Andrew Schilling | Draft and revise annual report. | 5.30 | $750.00 | $3,975.00 |
| 02/16/2026 | Andrew Schilling | Draft and revise annual report. | 2.50 | $750.00 | $1,875.00 |
| 02/17/2026 | Benjamin Connor | Discuss organization of annual report with A. Schilling and N. Williams; continue to draft annual report. | 5.70 | $240.00 | $1,368.00 |
| 02/17/2026 | Nina Williams | Confer with A. Schilling, B. Connor, and S. Srinivasan regarding annual report organization and strategy; revise formal inspection reports; review and analyze correspondence regarding APS advisory committee members; update section on fair distribution. | 3.60 | $240.00 | $864.00 |
| 02/17/2026 | Sivani Srinivasan | Continue revising memorandum regarding compliance. | 0.80 | $195.00 | $156.00 |
| 02/17/2026 | Andrew Schilling | Meeting with N. Williams and B. Connor to review draft report and discuss further analysis; continue drafting report. | 3.00 | $750.00 | $2,250.00 |
| 02/18/2026 | Benjamin Connor | Continue to draft annual report; create various charts and analyze inspection report data at | 6.50 | $240.00 | $1,560.00 |

| | | request of A. Schilling. | | | |
|---|---|---|---|---|---|
| 02/18/2026 | Nina Williams | Continue working on annual report; begin analysis of compliance reports at request of A. Schilling. | 7.40 | $240.00 | $1,776.00 |
| 02/18/2026 | Andrew Schilling | Conduct on-site inspections (random selection, Queens). | 3.60 | $750.00 | $2,700.00 |
| 02/18/2026 | Andrew Schilling | Prepare for Queens inspections; draft and revise annual report; write up notes from on-site inspections. | 3.30 | $750.00 | $2,475.00 |
| 02/19/2026 | Benjamin Connor | Update charts in annual report at request of A. Schilling; create formal inspection reports; discuss annual report with A. Schilling and N. Williams; analyze inspection reports. | 8.50 | $240.00 | $2,040.00 |
| 02/19/2026 | Nina Williams | Revise and update sections of annual report at request of A. Schilling; insert updated data analysis, graphs, and charts; begin working on memorandum regarding compliance reports. | 6.80 | $240.00 | $1,632.00 |
| 02/19/2026 | Andrew Schilling | Review and revise draft annual report; meet with N. Williams and B. Connor to discuss changes and additional analysis; review materials on volume issue; draft request for information to NYC. | 3.20 | $750.00 | $2,400.00 |
| 02/20/2026 | Benjamin Connor | Revise memorandum regarding inspection violation analysis; continue to draft annual report; update charts and finalize formal inspection reports. | 7.60 | $240.00 | $1,824.00 |
| 02/20/2026 | Nina Williams | Confer with B. Connor and A. Schilling regarding status of annual report and remaining tasks; update and formalize final inspection reports at request of A. Schilling; work on data analysis and memorandum regarding turn-on, maintenance, and periodic reports. | 7.80 | $240.00 | $1,872.00 |
| 02/20/2026 | Sivani Srinivasan | Analyze complaints/repair requests data. | 7.30 | $195.00 | $1,423.50 |
| 02/20/2026 | Andrew Schilling | Work on annual report; review analysis; review and summarize inspection findings. | 6.80 | $750.00 | $5,100.00 |
| 02/21/2026 | Andrew Schilling | Work on annual report. | 5.20 | $750.00 | $3,900.00 |
| 02/22/2026 | Andrew Schilling | Revise annual report; review analysis of compliance reports; direct follow-up. | 3.20 | $750.00 | $2,400.00 |
| 02/23/2026 | Sivani Srinivasan | Compile data for formally inspected intersections; conduct analysis on 2024 and 2025 installed intersections with compliance reports; compile data on intersections with multiple complaints; analyze 2025 periodic reports. | 7.60 | $195.00 | $1,482.00 |
| 02/23/2026 | Nina Williams | Continue working on annual report; update compliance reports analysis; proofread and edit | 5.80 | $240.00 | $1,392.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | inserts at request of A. Schilling; review and revise B. Connor and S. Srinivasan work product. | | | |
| 02/23/2026 | Benjamin Connor | Revise and insert sections of annual report; assemble and compare SOPs from City. | 7.10 | $240.00 | $1,704.00 |
| 02/23/2026 | Andrew Schilling | Review multiple analyses and continue drafting report sections. | 7.70 | $750.00 | $5,775.00 |
| 02/24/2026 | Benjamin Connor | Review and edit annual report; discuss with N. Williams; revise formal inspection reports; continue to work on annual report. | 6.60 | $240.00 | $1,584.00 |
| 02/24/2026 | Sivani Srinivasan | Compile complaint and compliance data on formally inspected intersections; analyze ARTS and APS inbox data. | 3.70 | $195.00 | $721.50 |
| 02/24/2026 | Nina Williams | Meet and confer with A. Schilling and B. Connor regarding avenues for further data analysis; proofread and revise draft report; update photos, graphs, and charts for consistency. | 6.30 | $240.00 | $1,512.00 |
| 02/24/2026 | Andrew Schilling | On-site inspection (targeted, Manhattan). | 0.40 | $750.00 | $300.00 |
| 02/24/2026 | Andrew Schilling | Review draft report and confer with team on changes, editions; review and analyze maintenance reports; draft request for information to NYC. | 6.80 | $750.00 | $5,100.00 |
| 02/25/2026 | Nina Williams | Proofread, edit, and revise draft of annual report; confer with B. Connor and S. Srinivasan regarding TERMS data analysis and complaints compilation; review and produce compliance reports case study at request of A. Schilling. | 5.60 | $240.00 | $1,344.00 |
| 02/25/2026 | Benjamin Connor | Incorporate edits into annual report; discuss edits and overall report structure with A. Schilling and N. Williams; continue to update text of annual report. | 6.80 | $240.00 | $1,632.00 |
| 02/25/2026 | Sivani Srinivasan | Continue analysis of periodic compliance report data; continue compiling and analyzing TERMS data; confer internally on annual report draft status. | 7.60 | $195.00 | $1,482.00 |
| 02/25/2026 | Andrew Schilling | Meet with team on draft report; review and revise draft; analyze data; draft and send request for information to NYC. | 7.00 | $750.00 | $5,250.00 |
| 02/26/2026 | Sivani Srinivasan | Continue analysis of TERMS data. | 3.10 | $195.00 | $604.50 |
| 02/26/2026 | Benjamin Connor | Review and revise TERMS memorandum from S. Srinivasan; update formal inspection reports; meet with A. Schilling and N. Williams to discuss formal inspection reports; incorporate edits from A. Schilling. | 9.60 | $240.00 | $2,304.00 |
| 02/26/2026 | Nina Williams | Conduct analysis of periodic inspections; update | 8.00 | $240.00 | $1,920.00 |

| | | charts and graphs in report; begin assembling Exhibit A to the annual report; continue revising and finalizing annual report. | | | |
|---|---|---|---|---|---|
| 02/26/2026 | Emily Edwards | Review/revise annual report and draft email to A. Schilling with proposed revisions. | 3.90 | $400.00 | $1,560.00 |
| 02/26/2026 | Andrew Schilling | Continue work on annual report. | 7.60 | $750.00 | $5,700.00 |
| 02/27/2026 | Benjamin Connor | Finalize and cite check annual report; discuss with A. Schilling and N. Williams; file report. | 10.10 | $240.00 | $2,424.00 |
| 02/27/2026 | Nina Williams | Assemble formal inspection reports and create table of contents and bates stamps; confer with A. Schilling, B. Connor, and S. Srinivasan regarding revisions to annual report; proofread, review, and revise final report; finalize and file annual report and exhibit. | 8.20 | $240.00 | $1,968.00 |
| 02/27/2026 | Emily Edwards | Assist with finalizing revisions to annual report and email N. Williams and B. Connor. | 0.30 | $400.00 | $120.00 |
| 02/27/2026 | Andrew Schilling | Finalize annual report. | 3.00 | $750.00 | $2,250.00 |
| | | | **Quantity Subtotal** | | **402.2** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Emily Edwards | Associate | 6.6 | $400.00 | $2,640.00 |
| Andrew Schilling | Partner | 104.2 | $750.00 | $78,150.00 |
| Benjamin Connor | Paralegal | 143.1 | $240.00 | $34,344.00 |
| Sivani Srinivasan | Legal Assistant | 42.6 | $195.00 | $8,307.00 |
| Nina Williams | Paralegal | 105.7 | $240.00 | $25,368.00 |
| | | **Quantity Total** | | **402.2** |
| | | | **Subtotal** | **$148,809.00** |
| | | | **Total** | **$148,809.00** |

## Remittance Advice

| **Checking Information** |
|---|

| Remit checks to: | Schilling Law LLC<br>Andrew W Schilling<br>810 7th Ave<br>Suite 305<br>New York, New York 10019 |

| **Wire Transfer Information** |
|---|

**Bank Name/Address:**

**Bank ABA/Routing #:**

**Name/Account #:**

Please include the matter name and invoice number as an additional references so we may accurately identify and apply your payment.