UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW
YORK, INC. *et al.*,

                    Plaintiffs,

          -v-

CITY OF NEW YORK *et al.*,

                    Defendants.

---

18 Civ. 5792 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed with care the annual report of monitor Andrew W. Schilling, Esq. Dkt. 335 ("Report"). The Court again commends the monitor for a comprehensive, detailed, and insightful report.

By this order, the Court schedules a conference for **Wednesday, April 29, 2026, at 2:30 p.m., in courtroom 1305 in the Thurgood Marshall United States Courthouse**. The purpose of the conference will be to discuss the Report and its recommendations and to enable the Court to determine what, if any, changes to make to the standing remedial order.

The Court expects that the conference will be attended by the monitor and by counsel for plaintiffs American Council of the Blind of New York, Inc., *et al.*, for defendants New York City (the "City") *et al.*, and for the United States, which has participated as an interested party. The Court noted, from the Report, that Joshua Benson, who in his capacity as deputy commissioner for traffic operations ably led the City's compliance with the remedial plan, resigned from the Department of Transportation ("DOT") in September 2025. Report at 6 n.2. The Court directs that the April 29 conference be attended by the DOT official who has assumed responsibility from Mr. Benson for assuring compliance with the remedial plan. The Court expects that that

official is knowledgeable about the City's compliance with the plan and will be prepared to respond to the Court's questions on this point.

In light of the Court's upcoming trial schedule and the urgency of assuring that defendants are responding to the concerns raised in the Report, this date will not be rescheduled to a later week. In the event that an essential participant cannot attend at the date and time above, counsel are to alert the Court immediately, so that the Court can reschedule the conference to a different time the same week.

The Court separately directs the monitor, by April 22, 2026, to file on the docket of this case a draft order amending the remedial plan consistent with recommendations in the Report. The Court will solicit feedback on the draft order during the April 29 hearing.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2026
       New York, New York