

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**PAMELA A. KOPLIK**
Senior Counsel
Administrative Law Division
phone: 212-356-2187
fax: 212-356-2019
e-mail: pkoplik@law.nyc.gov

April 8, 2026

**BY ECF FILING**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:  American Council of the Blind of New York, Inc. et al. v. City of New York et al. (18 CV 05792)(PAE)(BM)

Honorable Judge Engelmayer:

This office represents the Defendants in the above-entitled action. We are in receipt of the Court's April 8, 2026 order scheduling a conference for Wednesday, April 29, 2026, at 2:30 p.m. and directing us to immediately advise the Court if an essential participant is not available on that date and time. (Dkt. 337).

Unfortunately, advising the Court immediately as to availability is difficult. Two key players are not in this week to advise us of their availability, Associate Deputy Commissioner Darnell Tyson and William Harrison, Special Project Coordinator for Traffic Operations. Mr. Tyson is expected back in the office on Monday, April 13, 2026 and Mr. Harrison is expected back in the office on Wednesday, April 16, 2026. Additionally, N. Patricia Browne, Deputy General Counsel for Regulatory and Policy Matters, who has been involved in this litigation since its inception, is out the entire week that the Court wishes to schedule the conference.

Moreover, as the Court has permitted in the past, Defendants wish to have an opportunity to provide a written response to the Monitor's Annual Report. As such, we hereby respectfully request an opportunity to submit a written response by April 24, 2026.

We are of course mindful of the Court's busy schedule, however, in the light of the foregoing, Defendants respectfully request an opportunity to advise the Court about essential participant availability by the middle of next week (on April 16, 2026). Furthermore, we respectfully request an opportunity to provide a written response to the Monitor's Annual Report by April 24, 2026.

Thank you for your kind consideration.

Respectfully,

/s/

Pamela A. Koplik

The Court grants the City's request to notify the Court, by April 16, 2026, of participants' availability for the upcoming conference during the week of April 27, 2026. However, counsel should expect the conference to be held that week. The Court also grants the City's request to submit a written response, by April 24, 2026, to the monitor's fourth annual report.

SO ORDERED.

Date: April 8, 2026
      New York, New York

PAUL A. ENGELMAYER
United States District Judge

2