

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**PAMELA A. KOPLIK**
Senior Counsel
Administrative Law Division
phone: 212-356-2187
fax: 212-356-2019
e-mail: pkoplik@law.nyc.gov

April 16, 2026

**BY ECF FILING**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re: <u>American Council of the Blind of New York, Inc. et al. v. City of New York et al</u>. (18 CV 05792)(PAE)(BM)

Honorable Judge Engelmayer:

    This office represents the Defendants in the above-entitled action. In accordance with the Court's April 8, 2026 Order directing us to advise the Court of our availability for the upcoming conference during the week of April 27, 2026 (Dkt. 339).

    Please be advised that the Defendants are available on April 28, 2026 and April 29, 2026, and the Monitor and Plaintiffs' Counsel have also advised that they are available on both of those dates as well. We received an email from the U.S. Attorneys' Office that they would also like to participate stating: "We are available 9-5 on April 27, 28, or 30. Please include our availability in your letter to the Court." We reached out to the U.S. Attorneys' Office via email yesterday to confirm whether they are in fact unavailable on April 29, 2026 and have not yet heard back.

    Thank you for your kind consideration.

        Respectfully,

         /s/

        Pamela A. Koplik