UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW
YORK, INC. *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK *et al.*,

Defendants.

18 Civ. 5792 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby adjourns the upcoming conference (initially scheduled for April 29, 2026) to May 6, 2026 at 9 a.m., for which all parties have confirmed their availability by email. As before, the conference will be held in courtroom 1305 of the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 27, 2026
       New York, New York