UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN COUNCIL OF THE BLIND OF NEW
YORK, INC. *et al.*,

                    Plaintiffs,

            -v-

CITY OF NEW YORK *et al.*,

                    Defendants.

---

18 Civ. 5792 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

Earlier today, the Court held a conference to address the findings and recommendations in the Independent Monitor's Fourth Annual Report. *See* Dkt. 335. As discussed on the record at the conference, the Court hereby orders as follows:

- By May 13, 2026, plaintiffs shall make any motion to extend the Independent Monitor's term. Defendant City of New York (the "City") shall respond by May 27, 2026.

- By May 20, 2026, the Independent Monitor shall, in consultation with the parties, file on the public docket of this case an updated, proposed order implementing the Report's recommendations, consistent with the Court's rulings at the conference.

- By July 31, 2026, the Independent Monitor shall file a letter detailing developments since the Report with respect to the installation and future installation of APS. The letter should address, without limitation, (1) the number of APS installations the City has installed each month in 2026, its current projection as to the number of APS that will be installed during the balance of 2026 and during 2027, and the bases for those projections; (2) the status of the City's contracts and contracting with outside entities

responsible for the installation of APS, including the pending contractor lawsuit against the City; and (3) any other information bearing on the City's compliance with the Remedial Order, *see* Dkt. 208, and the City's ability going forward to meet the annual benchmarks set in that Order.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2026
      New York, New York