THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**PAMELA A. KOPLIK**
**SAMANTHA SCHONFELD**
Senior Counsel
Administrative Law Division
phone: 212-356-2187
fax: 212-356-2019
e-mail: pkoplik@law.nyc.gov
sschonfe@law.nyc.gov

September 10, 2026

**BY ECF FILING**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: American Council of the Blind of New York, Inc. et al. v. City of New York et al. (18 CV 05792)(PAE)(BM)

Honorable Judge Engelmayer:

This office represents the Defendants in the above-entitled action. In accordance with FRCP 25(d), we hereby request that Zohran Mamdani, in his official capacity as Mayor of the City of New York, be substituted in the caption of this action for Eric Adams, and that Mike Flynn, in his official capacity as Commissioner of the New York City Department of Transportation, be substituted in the caption of this action for Ydanis Rodriguez.

Thank you.

Respectfully,

/s/

Pamela A. Koplik
Samantha Schonfeld