UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC., *et al.*,

Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

18 Civ. 5792 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 23, 2026, the Court received a thoughtful letter and supporting materials from a New York resident identifying himself as a deaf-blind advocate. The letter and materials raise possible deficiencies in the quality of APS installations in Manhattan and Queens. In particular, the materials express concern about the physical and tactile accessibility of certain APS installations, and their audio and vibration strength. The Court is furnishing these materials to the monitor by email, with a request that they be shared with the parties and given due consideration.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: November 24, 2026
New York, New York